AO 241
(Rev. 12/04)

RECEIVED

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

A 9 32

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| United States District Court | District: |
|---|---|

Name (under which you were convicted): *Bragg Money, Go, by, C.B. Money*

Docket or Case No.: *1:08CV228 - WKW*

| Place of Confinement : *Bullock Correction* *P.O. Box 5107  Union Springs, AL 36089* | Prisoner No.: *AIS:184159* |
|---|---|

Petitioner (include the name under which you were convicted)
*Bragg Money, Go. by. C.B. Money*

Respondent (authorized person having custody of petitioner)
*Henry County  Alabama*

v.  *The State of Alabama*

The Attorney General of the State of *Alabama*

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: *Henry County. AL*

    (b) Criminal docket or case number (if you know): *N94 000065, And 66. in 67, and 68. and 69, and 7*

2.  (a) Date of the judgment of conviction (if you know): *The year 1994*

    (b) Date of sentencing: *1994*

3.  Length of sentence: *416 Years*

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: *4 rape and 2# sexual Abuse*

6.  (a) What was your plea? (Check one)

    ☑ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty             ☐ (4)  Insanity plea

AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *Case was tried by a jury when the judge said resess when the court reporter leave the district arturny said he wanted this man found guilty the jury was dead lock three different times. At 11:30 P.M. Friday night the judge told the jury I am putting all of you in jail for the weekend. Fine this man guilty you can all go home.*

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury     ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? *The court would never give me a pretrial hearing*

☐ Yes     ☐ No

8. Did you appeal from the judgment of conviction? *My lawer didn't let me no nothing and never contact me back*

☒ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court:

(b) Docket or case number (if you know):

(c) Result: *Lawer never contact me back I can not get a hold of my law*

(d) Date of result (if you know): *Nobody never contact me*

(e) Citation to the case (if you know): *I do not understand this question*

(f) Grounds raised: *I don't know*

(g) Did you seek further review by a higher state court?     ☐ Yes     ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know): *never been contact*

AO 241
(Rev. 12/04)

(5) Citation to the case (if you know): Charged with 4# rape, 2# counts of sexua

(6) Grounds raised: don't know| abuse;

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information: appeal,

(a)    (1) Name of court: Alabama criminal appeal,

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: Judge made a thret to the jury at 11:30 P.M.

(5) Grounds raised: My lawer would not fight for me. My lawer took
$2,000,00 dollors from me a court opointed lawer.
I can not fight for, for what the court pay me. The judge
will make the court reporter leave when the court
reported leave the district arturny and the judge make
threts to the jury. The judg will let the investogation question
me, and the woman investagator she was on the jury. The
judge will also let people set in the odyanice and listen to the
trial then let them come up and testafy in the court and they were.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No                                                        The judge denide

(7) Result: They would not give me one,                              if I under stand

(8) Date of result (if you know):                                    this question right!

Nobody will give me transtrips of my trial. I need them bad.

(b) If you filed any second petition, application, or motion, give the same information: *I don't know what my lawer did.*

(1) Name of court: *Henry County Alabama*

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: *4 counts of rape and to solomdy I got 416 years*

(5) Grounds raised:

*I had left every thing up to my lawer but he never contact me back. And he wouldn't fight for me in the court room. He would let the judge and the district arturny and the investorgator talk to the jury make threts without the court reporter being present. My lawer did give the $2,000.00 dollor back I have not heard nothing from my appeal.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No  *when I was arrested I never went back in front of the court.*

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

*I am 86 years old my health is real bad will the court help me and give me a lawer I am not guilty of these charges.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No  *I never seen a arrest warrant,*

(7) Result: *I did not see the judge until trial,*

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? *My lawer was surpose to do all of this,*

(1) First petition: ☐ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No  → *I don't know what the lawer did,*

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
*I am eigthy six years old. My lawer told me he would handle all the appeals, Do not call me are write I will let you know, I never heard back,*

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

   CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** *Not guilty, I never seen a arrest warrant, I never had a 24 hour hearing or 72 hour hearing.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*I stayed in jail four days before I was arrested. I was taken out of jail to the sherriff department. And then they question me for 3 days in a row. They never took me in front of the judge for charges to be read against me.*
*I never got a warrant from this day, never seen a warrant charges never had been read to me from nobody.*

(b) If you did not exhaust your state remedies on Ground One, explain why:
*My lawer was surpose to handle everything, He told me that he would handle everything, and he told me not to call him he would call me.*

(c)    **Direct Appeal of Ground One:** *I don't know what my lawer did.*

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *My lawer did not send me no type of paper work I can not get a warrant or a transtrip.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*when the judge threten the jury Friday night at 11:30 P.M. They had me at the back gate of kilby that monday morning. They took me up their in my street cloths. My lawer told me that he would be appealing my case I have not hear from my arturny. A lot of people on the jury have wrote me letters becouse the judge threten them.*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: *I never did nothing everything was left up to my lawer.*


**GROUND TWO:**


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *The police lady come to my house. The police lady had question me several times. Eighteen months later we went to trial. The police lady the one that had been questioning me she was forman of the jury. She listen to the trial and set in on the trial. She told the judge Lofton Little that she was investagating this case. The judge order the lady to be the imforman of the trial. The lady had wrote me a noterise letter and sent to me. Judge Loften Little threten the jury*

(b) If you did not exhaust your state remedies on Ground Two, explain why:

*I left every thing up to my lawer, I ask the court on this case for a federal judge to point me a lawer. I do not have no money I am a war veterren I have a lot of flash back from the holering, blood, gutts. I foult an searve my country as a pound American.*

(c)    **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:

   *my lawer never sent me any paper work or the court. I do not know what to do. Will the court please give me a lawer*

(d)    **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes    ☐ No    *I do not know what my lawer did.*

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:


   Docket or case number (if you know):

   Date of the court's decision:

AO 241
(Rev. 12/04)

Result (attach a copy of the court's opinion or order, if available): *I have been trying to find out. Of the outcome all I get is a time sheet. I need the courts help to give me a lawer somebody that will contact me,*

(3) Did you receive a hearing on your motion or petition?    ❏ Yes    ❏ No

(4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
*I do not know my lawer has never contact me about nothing*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :
have used to exhaust your state remedies on Ground Two *Please Court I do not understand these questions or laws. My wife just past away. I have to many flash backs on the war. My memery goes and come. Please help me with a arturny.*

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *The lady sent me a notirized letter by another republic she sign it and the republic sign it. The judge said that he was going to lock Mr. Money up on the second day of trial. The judge did lock me up on the second day of trial for no reson. The lady said the jury found me not guilty. The lady had to right down every thing on a blank sheet of paper. The judge said it must be a guilty verdict or we will not go home. I have had a lot of peop on the jury write me letters saying the judge made them change their testomony.*

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why? *This was left up to my arturny.*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

*I do not know what my artur did. I never seen no papers.*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? *I never did no type of filings.*
☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)        **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

## GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): People on the jury was writing me telling me they found me not guilty. The judge was angry and mad when he came and talk to us. I never wrote anybody on the jury or talk to any of them. That was my lawer responsablity. The judge did come and talk to me in the lock up room. He just ask questions about my property.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)        **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ❏  Yes        ❏  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)        **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes        ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

✎AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(3) Did you receive a hearing on your motion or petition?                           ❏  Yes          ❏  No

(4) Did you appeal from the denial of your motion or petition?                   ❏  Yes          ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❏  Yes          ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):




(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:




(e)        **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

        have used to exhaust your state remedies on Ground Four:

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?    ☐ Yes    ☑ No  *at my noledge*

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: *Every thing was left up to my artorny,*

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so,

        ground or grounds have not been presented, and state your reasons for not presenting them:

        *I do not know how far my lawer went with this.*

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?    ☐ Yes    ☑ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?    ☐ Yes    ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    raised. *I do not know it has been sience 1984, I did not here
anything. My lawer was a court opointed lawer. My lawer told
me to pay him $2000 dollors. The state did not pay him enough mone
to fight the case he told me thot the cases would be tried seperate
My family talked to the arturny mail the $2000 dollor check back to
my home, I never heard nothing back from my arturney. Arturney he
did tell me he would be doing all of my appeal but don't call me
are ~~giwrite~~ write me I would let you know) (I have never heard nothing*

✎AO 241
(Rev. 12/04)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: *I can not remember the arturney name*

   (a) At preliminary hearing: *The judge never gave me a 24 hour hearing or 72 hour hearing.*

   (b) At arraignment and plea: *I never had no arraignment.*

   (c) At trial: *jury trial.*

   (d) At sentencing: *3~~16~~ 316 years*

   (e) On appeal: *I never heard nothing*

   (f) In any post-conviction proceeding: *I never been arested for this.*

   (g) On appeal from any ruling against you in a post-conviction proceeding:

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes        ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes        ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

✎AO 241
(Rev. 12/04)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

> (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -
>
>> (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>>
>> (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
>>
>> (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>>
>> (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

✎AO 241
(Rev. 12/04)

(2)    The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection. *I do not know what my arterney did*

Therefore, petitioner asks that the Court grant the following relief: *retrial or dismiss the case*
*I am not guilty so many of the jury have wrote me and told me*

or any other relief to which petitioner may be entitled.

*please point me a lawer*

*point me a lawer please*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on *3-26-2008* (month, date, year).

Executed (signed) on *3-26-2008* (date).

x *V.C. Monag...*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *



USA FIRST-CLASS FOREVER

MONEY, B.C. SR A's#184159=C4-10A
P.O. BOX 5107
Union Springs, AL 36089-5107

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

(Legal mAiL)

THIS CORRESPONDENCE
BEEN EVALUATED
ALABAMA STATE PRISON IS FORWARDED FROM AN
OF CORRECTIONS
SUBSTANCE OR IS
COMMUNICATION. OR CONTENTS HAVE NOT
ALABAMA DEPARTMENT
RESPONSIBLE FOR THE
OF THE ENCLOSED

Legal Mail