IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

1:08CV228 -WKW

Mr. B.C. Money, A's,184159
Plaintiff(s)

RECEIVED
2008 MAR 28 A 9:32

v.

Henry County Alabama The State of Alabama
Defendant(s)

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

I, B. C. Money, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )    No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )    No (X)
   B. Rent payments, interest, or dividends?    Yes ( )    No (X)
   C. Pensions, annuities, or life insurance payments?    Yes ( )    No (X)
   D. Gifts or inheritances?    Yes ( )    No (X)
   E. Any other sources?    Yes ( )    No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

CASE, N94-00065, in 66, in 67, in, 68, 69, 70,

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____        No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____        No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __3-26-2008__
               (Date)

Ais#184159

_____
Signature of Petitioner

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ ___0___ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

_____

__3-25-08__
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION
BULLOCK COUNTY CORR. FACILITY

Rule 32