**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

1. Article Addressed to:

Kenneth Jones, Warden
ADOC BULLOCK
Bullock Correctional Facility
PO BOx 5107
Union Springs, AL 36089-5107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
         ☐ Addressee

B. Received by (Printed Name): Bruce Hay
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

08CV228 prot habeas

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 5363

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540