| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

A. Signature

X _J. Givner_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )  C. Date of Delivery

_Givner_  4/1/08

...roy King
...ttorney General for the State of AL
1 S. Union Street
Montgomery, AL 36101

D. ...elivery address different from item 1?  ☐ Yes
...ES, enter delivery address below:  ☐ No

08 CV 228
habea

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )  ☐ Yes

2. Article Number
*(Transfer from service label)*  7007 2680 0003 1841 5936

PS Form **3811**, February 2004  Domestic Return Receipt  102595-02-M-1540