IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| B. C. MONEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 1:08-CV-00228-WKW |
| | ) |
| HENRY COUNTY, AL, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of twenty-one days to respond to this Court's Order to show cause. In support of this motion, Respondents state the following:

1. Counsel for the Respondents has been involved in other work in the federal district courts and the appellate courts of the State of Alabama, and therefore has had insufficient time in which to complete Respondents' Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for twenty-one days, up to and including May 12, 2008, in which to file its response in the above-styled case.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Jean A. Therkelsen
Jean A. Therkelsen
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>21st</u> day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>B. C. Money, AIS #184159, Bullock County Correctional Facility, P. O. Box 5107, Union Springs, Alabama 36089-1500</u>.

        Respectfully submitted,

        s/Jean A. Therkelsen
        Jean A. Therkelsen
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: JTherkelsen@ago.state.al.us

632319/120092-001