IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| B.C. MONEY, SR., # 184159, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No.1:08cv228-WKW |
| ) | |
| HENRY COUNTY, ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents (Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from April 21, 2008, to and including May 12, 2008, to file an answer to the petitioner's 28 U.S.C. § 2255 habeas petition in compliance with this court's orders.

Done this 22nd day of April, 2008.

                                                                        /s/Terry F. Moorer
                                                                      TERRY F. MOORER
                                                                      UNITED STATES MAGISTRATE JUDGE