IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

B.C. MONEY, SR., #184159  )
   PETITIONER  )
V.  )  CIVIL ACTION NO. 1:08cv228-
WARDEN KENNETH JONES  )  WKW
   RESPONDENTS  )

IN RESPONSE TO DOCUMENT NO. 2

MOTION TO THE COURT FOR THE FOLLOWING HELP.
THE HONORABLE COURT HAS ASKED FOR THE FOLLOWING DOCUMENTS. THE CLERK OF HENRY COUNTY WILL NOT RESPOND TO MY REQUEST OF THESE DOCUMENTS. I DO NOT EVEN HAVE A TRANSCRIPT OF THE TRIAL. I ASK THE HIGHER COURT FOR YOUR HELP? WILL THE HONORABLE JUDGE IN THIS CASE ASK THE CLERK TO SEND A LETTER TO HENRY COUNTY TO GET THESE DOCUMENTS AND PLEASE SEND ME A COPY? PLEASE HELP ME IN THIS MATTER. THANK YOU.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE __18__ DAY OF __4-18-2008__ I DID SERVE A COPY OF THE FOREGOING BY U.S. MAIL - POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS;

CC. HONORABLE TROY KING ALABAMA ATTORNEY GENERAL ALABAMA STATE HOUSE, SOUTH UNION ST. MONTGOMERY, AL 36130-0152

CC. WARDEN KENNETH JONES BULLOCK CORRECTIONAL FACILITY PO BOX 5107, UNION SPRINGS, AL 36089-5107

CC. OFFICE OF THE CLERK UNITED STATES DISTRICT COURT, PO BOX 711, MONTGOMERY AL 36101-0711

CIVIL ACTION NO. 1:08 CV 228

B.C. MONEY, SR., 184159
BULLOCK CORRECTIONAL FACILITY
PO BOX 5107
UNION SPRINGS AL 36089-5107

NAME __B.C. Money AIS# 184159__   DATE __4-18-08__

BC MONEY #184159
PO BOX 5107
UNION SPRINGS AL 36089-5107



(Legal MAIL)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PO BOX ~~159~~ 711
MONTGOMERY AL 36101-0711