IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| B.C. MONEY, SR., # 184159, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.1:08cv228-WKW |
| | ) |
| HENRY COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

A review of the motion for production filed by Petitioner on April 23, 2008 (Doc. No. 8), reveals that Petitioner fails to clearly identify the documents he seeks through his motion. Accordingly, it is

ORDERED that on or before May 9, 2008, Petitioner shall file with this court a supplement to his motion for production which clearly identifies the documents he seeks and states the basis for his need for the documents.

Done this 24th day of April, 2008.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE