IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

B. C. Money,                    )
   Petitioner,              ) Civil Action No. 1: 08 CV228
  V.                           )
Warden Kenneth                  )
Jones.                          )
  Respondents,

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

2008 MAY -7 A

Motion

I am asking the court for more time
in my case. The lower courts have not
responded back in my request. I want the
court to realize that I am eighty-six
years old, and I have been down sick,
with bad hearing and a flu. I want the
court to know that my family did hire
a law agency to help me. This is
the address of the place:
    The Review Case Research
    618 Decatur Hwy Suite 202
    Birmingham, AL. 35068
My family is paying one hundred dollars

for this. They told my family, that they would file all the paperwork and help with attorney. I will also give you the phone number, which is: (205) 808-8788. My brother is supposed to be mailing them some paperwork about my case. I am please asking the Honorable Judge and courts to allow me more time. Thank you.

2

CERTIFICATE OF SERVICE

I here by certify that on the 5th day of 5-5-2008
I did serve a copy of the Forcgoin on
by, U,S MAil  Postoage PrePaid, and
Prorely addressed as Follows;

CC, Hon Troy King, AttorneY General For
Alabama  115. Union stree Third Floor
Montgomery, AL 36130

CC, Warden Kenneth Jones,
Bullock Correctional facilty  P.O. Box 5107 union springs, AL
36089

BC, OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711  MONTGOMERY, AL 36101

CC The Review case Research
618 Decatur HWY suite 202
Birmingham, AL 35068
(205) 808-8788 = $100,00 Paid

B.C, Money Sr
Bullock county correctional
P.O. Box 5107
B. C, money Sr          Union springs, AL 36089
AIS# 184159 = C4-10A

B.C. Money sr
Bullock county Correctional
P.O. Box 5107
Union Springss, AL 36089
Ais# 184159 = C4-10A

MONTGOMERY AL 360

06 MAY 2008 PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101

36101+0711