IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| B.C. MONEY, SR., # 184159, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.1:08cv228-WKW |
| | ) |
| HENRY COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on May 7, 2008 (Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from May 9, 2008, to and including May 30, 2008, to file a supplement to his motion for production which clearly identifies the documents he seeks and states the basis for his need for the documents, in compliance with this court's order entered on April 24, 2008.

Done this 7th day of May, 2008.

      /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE