IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 MAY -9 P 2: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| B. C. MONEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 1:08-CV-00228-WKW |
| | ) |
| HENRY COUNTY, AL, et al., | ) |
| | ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Henry County, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Henry County, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor Henry County possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Jean A. Therkelsen
Counsel for Troy King and Kenneth Jones

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, I have filed the foregoing with the Clerk of this Court and the same on Petitioner at:

B. C. Money
AIS #184159
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, Alabama 36089-1500

/s/ Jean A. Therkelsen
Jean A. Therkelsen
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jtherkelsen@ago.state.al.us

638870/120092-001