In THE District Court of United States
for THE Middle District of Alabama
Southern Division

B.C. Money SR.
    Petitioner

vs.

Henry County, Alabama
    Respondents

Civil Action No: 1:08 cv 228-WKW

## Petition to Withdraw All Motions

Comes Now, B.C. Money Sr., Pro-se, and without legal Counsel, to Ask that this Honorable Court, withdraw All former petitions in the Above styled Cause, to wit;

Mr. B.C. Money Sr., has No Knowledge of the law, and therefore relied on help from Another inmate. This inmate is no longer here, due to transfer. He Also lacked proper Knowledge of the Law.

Due to the former, all state level post-conviction remedies, were not exausted. Mr. B.C. Money asks that this Honorable Court, Allow All motions to this Court be revoked, pending other post-conviction Relief.

Whereas, Petitioner would Ask that this Honorable Court grant this motion, and allow him After other post-conviction remedies are exausted, that he be Allowed to then be able to refile to this Court in proper order, when required.

<u>Certificate of Service</u>

I hearby certify that on this 3 day of June 2008, that I have served, via United States Postage prepaid, and properly Addressed.

Respectfully Submitted,
B.C. Money
B.C. Money Sr. #184159
Bullock Corr. Facility
P.O. Box 5107
Union Springs, Al.
Bed # C4-10A   36089

B.C. Money SR. #184159
Bullock Corr. Facility
P.O. Box 5107
Union Springs, Ala.
        36089
C4-10A



OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama
        36101-0711