IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| B.C. MONEY, SR., # 184159, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.1:08cv228-WKW |
| | ) (WO) |
| HENRY COUNTY, ALABAMA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 5, 2008 (Doc. No. 19), petitioner B.C. Money, Sr., filed a motion styled as a "Petition to Withdraw All Motions," in which he requests that he be allowed to withdraw his petition for habeas corpus relief under 28 U.S.C. § 2254 so that he might first exhaust any remedies available to him in the state courts.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The "Petition to Withdraw All Motions" (Doc. No. 19) be GRANTED; and

2. This action be DISMISSED without prejudice.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before June 30, 2008. A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections

will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

Done this 17th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE