IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JUN 25  P 2: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| B. C. MONEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| vs. | ) 1:08-CV-00228-WKW |
| | ) |
| WARDEN KENNY JONES; | ) |
| ATTORNEY GENERAL, | ) |
| and STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Warden Kenny Jones, Troy King and the State of Alabama, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Warden Kenny Jones, Troy King and the State of Alabama, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither Warden Kenny Jones, Alabama Attorney General nor the State of Alabama possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Jean A. Therkelsen
Counsel for Troy King and Kenneth Jones

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, I have filed the foregoing with the Clerk of this Court and the same on Petitioner at:

B. C. Money
AIS #184159
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, Alabama 36089-1500

*[signature]*
Jean A. Therkelsen
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jtherkelsen@ago.state.al.us

658128/120092-001